IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNESTO SANTIAGO** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No. 05-153 Erie |
| | ) | District Judge McLaughlin |
| **WARDEN JAMES SHERMAN,** | ) | Magistrate Judge Baxter |
| Defendant. | ) | |

## O R D E R

AND NOW, this 1st day of August, 2005;

IT IS HEREBY ORDERED that Plaintiff show cause before August 15, 2005, for his failure to pay the initial filing fee in this case. **Failure to respond to this Order will result in the dismissal of this action for failure to prosecute.**

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE