Ernesto Santiago
 Plaintiff

Vs.

Warden James Sherman
 Defendant

CA NO: 05-153
District Judge: McLaughlin
Magistrate Judge: Baxter

Motion Showing Cause as To August 1st, 2005 Order by Susan Paradise Baxter (CUSMJ)

On August 3, 2005 Plaintiff Recieved an Order from CUSMJ Baxter inquiring as to plaintiffs initial filing fee Not Being Paid. Plaintiff on July 1st 2005 did authorize payment of $20.05 from his prison Account for CANo 05-153 initial filing fee (see Exibit A) On July 11th, 2005 Payment # 2328 was sent for Case No 05-153. Today Plaintiff Spoke To Ms. R. Fitch as to a Tracer being put on the whereabout of this payment. Plaintiff However will forward another payment of $20.05 for The initial filing fee Until the whereabouts of payment # 2328 are Resolved. If payment # 2328 is Recieved, plaintiff ask This Court To inform him of Recieved payment.
    Plaintiff ask your honor To Lift August 1, 2005's Order as he has Shown Cause in his initial filing fee.

Pro Se - Ernesto Santiago

### Certificate of Service

I hereby Certify That on August 4th, 2005 I mailed the Original and Copy of: Motion to Show Cause as to August 1st 2005 Order By Susan Paradise Baxter To the: Clerk of Court P.O. Box 1820 Erie PA 16507 Via First Class Postage. on 8/4/05

Respectfully Submitted,
Pro Se Ernesto Santiago