## All Transactions

🖨 PRINT

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 90304038 | **Current Institution:** | McKean FCI | |
| **Inmate Name:** | SANTIAGO, ERNIE | **Housing Unit:** | D | |
| **Report Date:** | 08/04/2005 | **Living Quarters:** | Z05-102UAD | |
| **Report Time:** | 9:38:04 AM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 8/3/2005 8:37:26 AM | MCK5844 | Sales | ($32.50) | 64 | | $22.10 |
| 8/2/2005 5:42:28 AM | AMSERVICE | Lockbox - CD | $24.45 | 70138101 | | $54.60 |
| 7/31/2005 6:00:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS0731 | | $30.15 |
| 7/27/2005 9:01:58 AM | MCK5844 | Sales | ($30.05) | 77 | | $35.15 |
| 7/26/2005 9:14:33 PM | AMService | ITS Withdrawal | ($5.00) | ITS0726 | | $65.20 |
| 7/26/2005 2:07:12 PM | MCK9681 | Books | ($18.75) | | 2560 | $70.20 |
| 7/20/2005 8:56:06 AM | MCK5844 | Sales | ($21.70) | 77 | | $88.95 |
| 7/16/2005 5:48:03 AM | AMSERVICE | Lockbox - CD | $30.00 | 70137001 | | $110.65 |
| 7/13/2005 6:11:07 PM | AMService | ITS Withdrawal | ($8.00) | ITS0713 | | $80.65 |
| 7/13/2005 11:10:29 AM | MCK5844 | Sales | ($23.15) | 83 | | $88.65 |
| 7/11/2005 9:44:09 AM | MCK9681 | Subscriptions | ($8.95) | | 2344 | $111.80 |
| 7/11/2005 9:44:05 AM | MCK9681 | Legal Fees | ($20.05) | | 2328 | $120.75 |
| 7/7/2005 9:37:06 AM | MCK5844 | Sales | ($29.70) | 86 | | $140.80 |
| 7/3/2005 7:43:46 PM | AMService | ITS Withdrawal | ($10.00) | ITS0703 | | $170.50 |
| 7/3/2005 5:31:17 PM | AMService | ITS Withdrawal | ($6.00) | ITS0703 | | $180.50 |
| 7/3/2005 10:50:57 AM | AMSERVICE | Western Union | $100.00 | 33319505 | | $186.50 |
| 6/23/2005 9:03:54 AM | MCK4848 | Sales | ($11.95) | 103 | | $86.50 |
| 6/20/2005 12:05:59 PM | MCK4019 | Photo Copies | ($1.80) | JV0123 | | $98.45 |
| 6/19/2005 6:38:25 PM | AMService | ITS Withdrawal | ($6.00) | ITS0619 | | $100.25 |
| 6/16/2005 11:15:54 AM | MCK3874 | Sales | ($17.00) | 93 | | $106.25 |
| 6/13/2005 1:11:36 PM | AMSERVICE | Western Union | $100.00 | 33318005 | | $123.25 |
| 6/3/2005 7:09:01 PM | AMService | ITS Withdrawal | ($5.00) | ITS0603 | | $23.25 |
| 6/2/2005 11:46:53 AM | MCK3874 | Sales | ($12.20) | 138 | | $28.25 |
| 5/26/2005 6:53:58 PM | AMService | ITS Withdrawal | ($5.00) | ITS0526 | | $40.45 |
| 5/26/2005 6:10:48 PM | AMService | ITS Withdrawal | ($2.00) | ITS0526 | | $45.45 |
| 5/25/2005 11:23:36 AM | MCK4019 | Photo Copies | ($24.75) | JV0104 | | $47.45 |
| 5/20/2005 8:58:07 AM | MCK4848 | Sales | ($12.45) | 94 | | $72.20 |
| 5/20/2005 7:42:42 AM | MCK3877 | Legal Fees | ($27.54) | | 1952 | $84.65 |
| 5/18/2005 11:18:43 AM | MCK3874 | Sales | ($23.25) | 76 | | $112.19 |
| 5/14/2005 8:22:56 PM | AMService | ITS Withdrawal | ($6.00) | ITS0514 | | $135.44 |
| 5/12/2005 12:49:03 PM | MCK3874 | Sales | ($29.55) | 142 | | $141.44 |
| 5/10/2005 10:09:18 AM | AMSERVICE | Western Union | $150.00 | 33315605 | | $170.99 |
| 5/6/2005 8:00:37 PM | AMService | ITS Withdrawal | ($9.00) | ITS0506 | | $20.99 |
| 4/22/2005 4:41:51 PM | AMService | ITS Withdrawal | ($3.00) | ITS0422 | | $29.99 |
| 4/20/2005 12:51:00 PM | MCK3874 | Sales | ($9.30) | 121 | | $32.99 |
| 4/15/2005 4:53:12 PM | AMService | ITS Withdrawal | ($2.00) | ITS0415 | | $42.29 |
| 4/14/2005 12:45:47 PM | MCK4848 | Sales | ($16.45) | 53 | | $44.29 |
| 4/8/2005 5:49:05 PM | AMService | ITS Withdrawal | ($4.00) | ITS0408 | | $60.74 |
| 4/8/2005 8:49:42 AM | MCK4848 | Sales | ($36.10) | 29 | | $64.74 |
| 4/1/2005 7:05:28 PM | AMService | ITS Withdrawal | ($2.00) | ITS0401 | | $100.84 |
| 3/23/2005 12:54:07 PM | MCK0403 | Sales | ($17.30) | 17 | | $102.84 |
| 3/21/2005 9:05:38 AM | AMSERVICE | Western Union | $100.00 | 33312005 | | $120.14 |
| 3/18/2005 6:37:18 PM | AMService | ITS Withdrawal | ($6.00) | ITS0318 | | $20.14 |
| 3/10/2005 1:53:38 PM | MCK9368 | Sales | $8.30 | 154 | | $26.14 |
| 3/10/2005 8:55:29 AM | MCK9368 | Sales | ($8.30) | 71 | | $17.84 |
| 3/4/2005 9:01:01 AM | MCK4019 | Payroll - IPP | $25.52 | JV0077 | | $26.14 |
| 2/10/2005 10:39:28 AM | MCK3874 | Sales | ($70.20) | 109 | | $0.62 |
| 2/6/2005 2:21:44 PM | AMService | ITS Withdrawal | ($7.00) | ITS0206 | | $70.82 |
| 2/4/2005 7:22:20 AM | MCK3877 | Payroll - IPP | $20.40 | JV0064 | | $77.82 |
| 2/4/2005 7:22:20 AM | MCK3877 | Payroll - IPP | $27.41 | JV0064 | | $57.42 |

1 2 3



Exibit (A)