Partial Payment of filing fee   CA 05-153E

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
Erie Division

# 00502479 -- mp  M.M.
August 11, 2005

Code    Case #    Qty    Amount

DPT CIVL 05-153E              20.05 NC

TOTAL                         20.05

FROM: ERNESTO SANTIAGO
      48384-018
      PO BOX 5000
      BRADFORD