Ernesto Santiago
  Plaintiff

Vs.

Warden James Sherman
  Defendant

CA NO: 05-153
District Judge McLaughlin
Magistrate Judge: Baxter

Motion Showing Cause as To August 1st, 2005 Order by Susan Paradise Baxter (CUSMJ)

On August 3, 2005 Plaintiff Recieved an Order from CUSMJ Baxter inquiring as to plaintiffs initial filing fee not being paid. Plaintiff on July 1st 2005 did authorize payment of $20.05 from his prison Account for CA No 05-153 initial filing fee (see Exibit A). On July 11th, 2005 Payment # 2328 was sent for Case No 05-153. Today Plaintiff spoke to Ms. R. Fitch as to a tracer being put on the whereabouts of this payment. Plaintiff however will forward another payment of $20.05 for the initial filing fee until the whereabouts of payment # 2328 are Resolved. If payment # 2328 is Recieved, plaintiff ask this Court to inform him of Recieved payment.

Plaintiff ask your honor To Lift August 1, 2005 Order as he has shown cause in his initial filing fee.

Pro Se - Ernesto Santiago

## CERTIFICATE of Service

I hereby Certify that on August 4th, 2005 I mailed the Original and Copy of: Motion to Show Cause as to August 1st 2005 Order By Susan Paradise Baxter JUSMJ To The: Clerk of Court P.O. Box 1820 Erie PA 16507 Via First Class Postage. on 8/4/05

Respectfully Submitted,
Pro Se Ernesto Santiago



| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 8/3/2005 8:37:26 AM | MCK5844 | Sales | ($32.50) | 64 | | $22.10 |
| 8/2/2005 5:42:28 AM | AMSERVICE | Lockbox - CD | $24.45 | 70138101 | | $54.60 |
| 7/31/2005 6:00:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS0731 | | $30.15 |
| 7/27/2005 9:01:58 AM | MCK5844 | Sales | ($30.05) | 77 | | $35.15 |
| 7/26/2005 9:14:33 PM | AMService | ITS Withdrawal | ($5.00) | ITS0726 | | $65.20 |
| 7/26/2005 2:07:12 PM | MCK9681 | Books | ($18.75) | | 2560 | $70.20 |
| 7/20/2005 8:56:06 AM | MCK5844 | Sales | ($21.70) | 77 | | $88.95 |
| 7/16/2005 5:48:03 AM | AMSERVICE | Lockbox - CD | $30.00 | 70137001 | | $110.65 |
| 7/13/2005 6:11:07 PM | AMService | ITS Withdrawal | ($8.00) | ITS0713 | | $80.65 |
| 7/13/2005 11:10:29 AM | MCK5844 | Sales | ($23.15) | 83 | | $88.65 |
| 7/11/2005 9:44:09 AM | MCK9681 | Subscriptions | ($8.95) | | 2344 | $111.80 |
| 7/11/2005 9:44:05 AM | MCK9681 | Legal Fees | ($20.05) | | 2328 | $120.75 |
| 7/7/2005 9:37:06 AM | MCK5844 | Sales | ($29.70) | 86 | | $140.80 |
| 7/3/2005 7:43:46 PM | AMService | ITS Withdrawal | ($10.00) | ITS0703 | | $170.50 |
| 7/3/2005 5:31:17 PM | AMService | ITS Withdrawal | ($6.00) | ITS0703 | | $180.50 |
| 7/3/2005 10:50:57 AM | AMSERVICE | Western Union | $100.00 | 33319505 | | $186.50 |
| 6/23/2005 9:03:54 AM | MCK4848 | Sales | ($11.95) | 103 | | $86.50 |
| 6/20/2005 12:05:59 PM | MCK4019 | Photo Copies | ($1.80) | JV0123 | | $98.45 |
| 6/19/2005 6:38:25 PM | AMService | ITS Withdrawal | ($6.00) | ITS0619 | | $100.25 |
| 6/16/2005 11:15:54 AM | MCK3874 | Sales | ($17.00) | 93 | | $106.25 |
| 6/13/2005 1:11:36 PM | AMSERVICE | Western Union | $100.00 | 33318005 | | $123.25 |
| 6/3/2005 7:09:01 PM | AMService | ITS Withdrawal | ($5.00) | ITS0603 | | $23.25 |
| 6/2/2005 11:46:53 AM | MCK3874 | Sales | ($12.20) | 138 | | $28.25 |
| 5/26/2005 6:53:58 PM | AMService | ITS Withdrawal | ($5.00) | ITS0526 | | $40.45 |
| 5/26/2005 6:10:48 PM | AMService | ITS Withdrawal | ($2.00) | ITS0526 | | $45.45 |
| 5/25/2005 11:23:36 AM | MCK4019 | Photo Copies | ($24.75) | JV0104 | | $47.45 |
| 5/25/2005 8:58:07 AM | MCK4848 | Sales | ($12.45) | 94 | | $72.20 |
| 5/20/2005 7:42:42 AM | MCK3877 | Legal Fees | ($27.54) | | 1952 | $84.65 |
| 5/18/2005 11:18:43 AM | MCK3874 | Sales | ($23.25) | 76 | | $112.19 |
| 5/14/2005 8:22:56 PM | AMService | ITS Withdrawal | ($6.00) | ITS0514 | | $135.44 |
| 5/12/2005 12:49:03 PM | MCK3874 | Sales | ($29.55) | 142 | | $141.44 |
| 5/10/2005 10:09:18 AM | AMSERVICE | Western Union | $150.00 | 33315605 | | $170.99 |
| 5/6/2005 8:00:37 PM | AMService | ITS Withdrawal | ($9.00) | ITS0506 | | $20.99 |
| 4/22/2005 4:41:51 PM | AMService | ITS Withdrawal | ($3.00) | ITS0422 | | $29.99 |
| 4/20/2005 12:51:00 PM | MCK3874 | Sales | ($9.30) | 121 | | $32.99 |
| 4/15/2005 4:53:12 PM | AMService | ITS Withdrawal | ($2.00) | ITS0415 | | $42.29 |
| 4/14/2005 12:45:47 PM | MCK4848 | Sales | ($16.45) | 53 | | $44.29 |
| 4/8/2005 5:49:05 PM | AMService | ITS Withdrawal | ($4.00) | ITS0408 | | $60.74 |
| 4/8/2005 8:49:42 AM | MCK4848 | Sales | ($36.10) | 29 | | $64.74 |
| 4/1/2005 7:05:28 PM | AMService | ITS Withdrawal | ($2.00) | ITS0401 | | $100.84 |
| 3/23/2005 12:54:07 PM | MCK0403 | Sales | ($17.30) | 17 | | $102.84 |
| 3/21/2005 9:05:38 AM | AMSERVICE | Western Union | $100.00 | 33312005 | | $120.14 |
| 3/18/2005 6:37:18 PM | AMService | ITS Withdrawal | ($6.00) | ITS0318 | | $20.14 |
| 3/10/2005 1:53:38 PM | MCK9368 | Sales | $8.30 | 154 | | $26.14 |
| 3/10/2005 8:55:29 AM | MCK9368 | Sales | ($8.30) | 71 | | $17.84 |
| 3/4/2005 9:01:01 AM | MCK4019 | Payroll - IPP | $25.52 | JV0077 | | $26.14 |
| 2/10/2005 10:39:28 AM | MCK3874 | Sales | ($70.20) | 109 | | $0.62 |
| 2/6/2005 2:21:44 PM | AMService | ITS Withdrawal | ($7.00) | ITS0206 | | $70.82 |
| 2/4/2005 7:22:20 AM | MCK3877 | Payroll - IPP | $20.40 | JV0064 | | $77.82 |
| 2/4/2005 7:22:20 AM | MCK3877 | Payroll - IPP | $27.41 | JV0064 | | $57.42 |

1 2 3



Exibit (A)

Dear Clerk, 8-10-05

Today, I recieved one of The Two copies and My copy for "stampfile" labeled "Santiagos Copy" I sent of: <u>Motion Showing Cause as to August 1st 2005 Order By Susan Paradise Baxter</u>, for filing with This Court. Someone must have made a Mistake and Sent me one of The Copies Back when you have to file The Original and copy and also Sent me My Copy without Being stamped filed.

Can you file The other Copy and Stamp file My Copy attached here and Mail to me in self addressed stamped envelope. Thank you for your Time and patience.

Sincerly,
Ernie Santiago
Pro-Se