```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

       # 00500528 - AM
       September 20, 2005


     Code    Case #    Qty      Amount

     1ST CIVI 05-153 E          20.05 CH


     TOTAL →                    20.05


     FROM: U.S. TREASURY/ERNIE SANTIAGO
           #90304038
           P.O. BOX 8000
           BRADFORD, PA 16701
```

Partial Payment
05-153E