USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 1:05-cv-00153-SJM-SPB    Document 23-3    Filed 10/14/2005    Page 1 of 2

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF: Ernesto Santiago | COURT CASE NUMBER: C.A. No. 05-153 Erie |
| DEFENDANT: Warden, James Sherman | TYPE OF PROCESS: Civil Rights Action |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FEDERAL BUREAU OF PRISONS
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
P.O. Box 5000 Bradford, PA 16701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Ernesto Santiago #90304-038
P.O. Box 8000
Bradford, PA 16701

| | |
|---|---|
| Number of process to be served with this Form 285 | 28 USC 1331 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Ernesto Santiago
TELEPHONE NUMBER: N/A
DATE: 9-18-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | 68 | 68 | | 9/6 9/28 |

☐ I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 10/3/05   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | 8.20 | | $3.20 |

REMARKS: S/C mailed 9-28-05  9842 8019 7302

---

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 7160 3901 9842 8019 7302 | A. Received by (Please Print Clearly) | B. Date of Delivery 10-3-05 |
| | C. Signature X | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |
| 1. Article Addressed to: | | |

FEDERAL BUREAU OF PRISONS
P.O. BOX 5000
BRADFORD, PA. 16701

5-1538.8/C,9/28/05,SRB

PS Form 3811, January 2003                    Domestic Return Receipt