Case 1:05-cv-00153-SJM-SPB   Document 23-4   Filed 10/14/2005   Page 1 of 2

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ernesto Santiago | C.A. No. 05-153 Erie |
| DEFENDANT | TYPE OF PROCESS |
| Warden, James Sherman | Civil Rights Action |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: THE UNITED STATES ATTORNEY GENERAL — Department of Justice
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 950 Pennsylvania Ave. N.W. Washington, DC 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ernesto Santiago #90304-038
P. O. Box 8000
Bradford, PA 16701

| | |
|---|---|
| Number of process to be served with this Form 285 | 28 USC 1331 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
Ernesto Santiago
TELEPHONE NUMBER: N/A
DATE: 9-18-05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 10/4/05

REMARKS: S/C mailed 9-28-05  9842 8019 7340

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9842 8019 7340 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature  X  OCT 0 4 2005 | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee) ☐ Yes | | |
| 1. Article Addressed to: | | |

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE N.W.
WASHINGTON, D.C.  20530

5-153E.S/C.9/28/05.SRB

PS Form 3811, January 2003                    Domestic Return Receipt