Ernesto Santiago
                Plaintiff
V.
James Sherman
                Defendant

CA NO: 05-153 Erie
District Judge Mclaughlin
Magistrate Judge Baxter

## Motion For Immediate Ruling as Defendant has Not Answered Plaintiff's Complaint

Now Comes Ernesto Santiago "Plaintiff" in This Case and ask your honor To make a Ruling in This Matter as The US Attorney, Defendant has not answered plaintiffs Complaint.

Plaintiff By United States Marshals Service, Served The US Attorney on 9/28/2005 #9842 8019 7326 and Answer was due on 11/28/05. Plaintiff has Not recieved any Correspondence and Defendant has Surpass Rule 12.(a)(3)A Federal Rules of Civil Procedure, "FRCP"; [within 60 days after the united states attorney is served with the pleading asserting the claim].

Defendant is in Violation of FRCP and Rule 16(F) Sanction, also applies for failing to obey a scheduling or as my docket sheet Reads:

Summons/Return of Service Returned Executed By Ernesto Santiago as to the U.S Attorney Served on 9/28/2005, answer due 11/28/2005.

## Conclusion

Plaintiff would like this Court to Know and your honor That Since he has Not recieved anything from the Defendant, Relief should be granted on plaintiffs behalf. Plaintiff would of course waive This Motion if the Western District of PA. Erie Court CM/ECF System shows different. Plaintiff would only Then ask To be Notified.

#2                                        CA No: 05-153E

Respectfully Submitted, Pro-Se
Ernesto Santiago
December 4th, 2005 Pro-Se

Certificate of Service

I Certify That on December 4th, 2005 I mailed Via First Class Mail an Original To The Court and a Copy To The U.S. Attorney's office of: <u>Motion for Immediate Ruling as Defendant has not answered plaintiff's Complaint.</u> at The following addresses:

Clerk of Court
P.O. Box 1820
Erie, PA 16507

The United States Attorey
United States Courthouse and Post Office
700 Grant St. Suite 400
Pittsburgh, PA 15219

Submitted Pro-Se
Ernesto Santiago
12/4/05

(Return To Santiago)     CA-NO 05-153 Erie
in SASE

Dear Clerk,                                               12/4/05

    Enclosed find and file: Motion For Immediate Ruling as Defendant has not answered plaintiffs Complaint.

    Please stamp file this page and return for my file in enclosed SASE. Thank you.

Merry X-mas and happy holidays
Respectfully,
Ernie Santiago