**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERNESTO SANTIAGO #90304038 )<br>P.O. BOX 8000 )<br>BRADFORD, PA 16701 )<br>   )<br>   Plaintiff,   ) | Civil Action No. 05-153E |
| ) | |
|    v.   ) | JUDGE McLAUGHLIN |
| ) | MAGISTRATE JUDGE BAXTER |
| JAMES F. SHERMAN WARDEN & BOP STAFF ) | |
| P.O. BOX 5000 ) | ELECTRONICALLY FILED |
| BRADFORD, PA 16701, ) | |
| ) | |
|    Defendants.   ) | |

**O R D E R**

AND NOW, to wit, this _____ day of _____, 200_, upon consideration of the Motion for an Enlargement of Time of Thirty Days to File a Responsive Pleading heretofore filed by the Defendants, James F. Sherman Warden and BOP Staff, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have until _____, within which to respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT COURT

cc:  All counsel of record