Re: CA NO: 05-153

Dear Clerk of Court,      1-22-06
I have Been Relocated to the following facility: Ernesto Santiago
#90304038
P.O. Box 305
Jonesville, Virginia
24263

Can you please change My Previous address to The New one and let me know The status of above case. Thank you very much!

Sincerly,
Ernesto Santiago

Ernesto Santiago
#90304038
P.O. Box 305
Jonesville, Virginia 24263