IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO SANTIAGO #90304038<br>P.O. BOX 8000<br>BRADFORD, PA 16701 | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 05-153E |
| v. | )<br>) JUDGE McLAUGHLIN<br>) MAGISTRATE JUDGE BAXTER |
| JAMES F. SHERMAN WARDEN & BOP STAFF<br>P.O. BOX 5000<br>BRADFORD, PA 16701, | )<br>) ELECTRONICALLY FILED<br>)<br>) |
| Defendants. | ) |

<u>NOTICE TO COURT</u>

TO:  Clerk of Court
     United States District Court
     Western District of Pennsylvania

On January 10, 2006, counsel for the Defendants filed their Answer to the Complaint of Ernesto Santiago at Civil Action No. 05-153E.  Due to the transfer of Mr. Santiago from one federal correctional institution to another, however, counsel was unable to mail a copy of the Answer to him until his arrival at his new institution.  On January 26, 2006, Plaintiff informed counsel of his new location.  Thus, on this date, counsel is mailing a copy of the Answer at Civil Action No. 05-153E to Mr. Santiago at his institution and hereby files notice of that mailing to this Court.

                                        Respectfully submitted,

                                        MARY BETH BUCHANAN
                                        UNITED STATES ATTORNEY

                                        <u>s/Paul E. Skirtich</u>
                                        PAUL E. SKIRTICH
                                        Assistant United States Attorney
                                        U.S. Post Office and Courthouse
                                        700 Grant Street, Suite 4000
                                        Pittsburgh, PA 15219
                                        412-894-7418
                                        PA ID No. 30440

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice to Court was electronically filed and/or served by first-class mail, postage-prepaid, on this 1st day of February, 2006, to the following:

>Ernesto Santiago
>Reg. No. 90304-038
>United States Penitentiary
>Lee County
>Post Office Box 305
>Jonesville, VA 24263-0305

>>>>>>>>>>>><u>s/Paul E. Skirtich</u>
>>>>>>>>>>>>PAUL E. SKIRTICH
>>>>>>>>>>>>Assistant U.S. Attorney