IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERNESTO SANTIAGO,                :
                                 :
                                 :     CASE NO: 05-153Erie
     Vs.                         :     District Judge McLaughlin
                                 :     Magistrate Judge Baxter
                                 :
WARDEN JAMES F. SHERMAN, Et al   :
_____/

### MOTION TO INFORM COURT OF DISCOVERY AS TO CASE No: 05-153Erie

Plaintiff informs this Court and AUSA Paul E. Skirtich that all Disvovery to be filed inthis case was already attached as exhibits when Plaintiff filed his complain, therefore no further Discovery will be filled.

Respectfully Submitted,

Ernesto Santiago, Pro se

Certificate of Service

On May 16, 2006, I sent the original and copy of: Motion to inform court of Discovery as to Case No:05-153Erie, via first class pre paid postage to:

Erie District Court          Paul E. Skirtich
PO BOX 1820                  U.S. Post Office & Courthouse
Erie, PA 16507               700 Grant St.
                             Suite 4000
                             Pittsburgh, PA 15219

FILED
'06 MAY 19 A10:18
CLERK
U.S. DISTRICT COURT

Ernesto Santiago, Pro Se

*Envelope (rotated 90°):*

Return address:
Enio Santiago
NAME
90304038
REG. NO.
UNITED STATES PENITENTIARY
LEE COUNTY
Post Office Box 305
Jonesville, Virginia 24263-0305

U. S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263

"Special / Legal Mail"
DATE 5/17/06

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

Addressed to:
Enio District Court
Clerk of court
P.O. Box 1820
Erie, PA 16507

Postmark: BRISTOL TN 17 MAY 2006

16507+0820



RECEIVED
MAY 19 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA