Eric Santiago
NAME
10304038
REG. NO.

UNITED STATES PENITENTIARY
LEE COUNTY
Post Office Box 305
Jonesville, Virginia 24263-0305

U. S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263
DATE 6-20-06

"Special / Legal ...
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosed to the above address.

16507+0820



RECEIVED
JUN 22 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

To: Clerk of Court
P.O. Box 1820
Erie, Pennsylvania 16507

BRISTOL TN
20 JUN 2006 PM
USA USA