### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNESTO SANTIAGO #90304038 ) <br> P.O. BOX 8000 ) <br> BRADFORD, PA 16701 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES F. SHERMAN WARDEN & BOP STAFF ) <br> P.O. BOX 5000 ) <br> BRADFORD, PA 16701, ) <br> ) <br> Defendants. ) | Civil Action No. 05-153E <br><br> JUDGE McLAUGHLIN <br> MAGISTRATE JUDGE BAXTER <br><br> ELECTRONICALLY FILED |

### **O R D E R**

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of the Motion for an Enlargement of Time of Fourteen Days to File a Pretrial Statement and/or Motion for Summary Judgment heretofore filed by the Defendants, James F. Sherman Warden and BOP Staff, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have until July 24, 2006, within which to file their Pretrial Statement.

 

 
_____
UNITED STATES DISTRICT COURT

cc: All counsel of record