```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERNESTO SANTIAGO #90304038      )
P.O. Box 8000                   )
Bradford, PA 16701,             )
                                )
        Plaintiff,              )   Civil Action No. 05-153E
                                )
    v.                          )   JUDGE McLAUGHLIN
                                )   MAGISTRATE JUDGE BAXTER
JAMES F. SHERMAN, WARDEN        )
AND BUREAU OF PRISON STAFF      )   ELECTRONICALLY FILED
P.O. Box 5000                   )
Bradford, PA 16701,             )
                                )
        Defendants.             )
```

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion to Dismiss, or in the Alternative, Motion for Summary Judgment heretofore filed by Defendants, James F. Sherman, Warden, and the Bureau of Prison Staff at the Federal Correctional Institution at McKean, Pennsylvania, and any response thereto,

   IT IS HEREBY ORDERED that said Motion is GRANTED.

   IT IS FURTHER ORDERED that judgment is hereby entered in favor of Defendants and against Plaintiff, Ernesto Santiago.

                              BY THE COURT:


                              _____
                              UNITED STATES MAGISTRATE JUDGE


cc:  All parties