In The United States District Court
For The Western District of Pennsylvania

Ernesto Santiago,
    Plaintiff

V.

Warden James Sherman,
BOP Staff,
    Defendant

CA No: 05-153 Erie
Judge Mclaughlin
Magistrate Judge Baxter

## Motion for Extension of Time To file Response To defendants Motion to Dismiss (Doc #33)

And Now, comes Plaintiff, Ernesto Santiago (Pro-Se) ask your honor To allow plaintiff 30 days To file a Response, as Plaintiff will Be amending his Complaint, curing procedural defects in plaintiffs Motion.

1. Plaintiff alleges while at F.C.I mcKean The Confiscation of and/or not allowing Plaintiff To keep legal materials, including Trial and Sentencing Transcripts, docket sheets, Briefs and others in his possession.

2. due To plaintiffs position as he is Pro-Se he believes None of The parties will suffer from a 30 day extension.

Plaintiff ask your honor for 30 days To File a Response To (Doc #33).

Respectfully Submitted
pro-se, Ernesto Santiago
Ernesto Santiago
9/14/06

## Certificate of Service

I hereby certify That on September 14th, 2006 I mail via first class pre-paid postage a copy of The Original and The Original To:

Clerk's office
P.O Box 1820
Erie, PA 16507

Paul E. Skirtich
Assistant U.S. Attorney
U.S. P.O. and Courthouse
700 Grant St Suite 4000
Pittsburg, PA 15219

of: Motion for Extension of Time To file Response To defendants Motion To Dissmiss (Doc # 33)

Ernestis Santiago
Pro-Se   9/14/06

Name: Ernesto Santiago
Reg. No. 90504035
United States Penitentiary, Lee County
Post Office Box 305
Jonesville, Virginia 24263-0305

(SSE)

U.S. PENITENTIARY - LEE COUNTY
PO BOX 900- Jonesville, VA 24263
DATE: 9/6/06

"Special mail"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the letter raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

BRISTOL TN/VA
18 SEP 2006 PM



United States District Court
Clerks Office
P.O. Box 1820
Erie, Pennsylvania 16507

RECEIVED
SEP 20 2006
CLERK U.S. DISTRICT COURT
WEST DIST. OF PENNSYLVANIA