Ernesto Santiago
United States Penitentiary: Lee County
P.O. Box 305
Jonesville, VA. 24263-0305

70304038

U S PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263

"Special / Legal Mail"

10-20-06 / 11-1-06

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

16507+0820



RECEIVED
NOV - 6 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of Courts
P.O. Box 1820
Erie, PA.
16507